### Michael LANGADAS

v.

### SECRETARY OF STATE.

Supreme Judicial Court of Maine.

Submitted on Briefs Sept. 6, 1988.

Decided Sept. 12, 1988.

Kevin F. Gordon, Pierce, Atwood, Scribner, Allen, Smith & Lancaster, Portland, for plaintiff.

James E. Tierney, Atty. Gen., James P. Howaniec, Asst. Atty. Gen., Augusta, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

### MEMORANDUM OF DECISION.

Michael Langadas appeals from a judgment of the Superior Court, Cumberland County, affirming the decision of the Secretary of State to suspend Langadas' driver's license for his refusal to submit to a blood-alcohol test as required by 29 M.R.S.A. § 1312 (Supp.1987). Contrary to Langadas' contention, the record contains substantial evidence to support the hearing examiner's determination that prior to his refusal to take the blood-alcohol test Langadas had been properly informed, pursuant to section 1312(1), of the consequences of such refusal.

The entry is:

JUDGMENT AFFIRMED.

All concurring.